STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
JOYCE LEAVITT
Assistant Federal Public Defenders
555 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant BRITTANY LEBON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRITTANY LEBON,<br><br>        Defendant. | No. CR 12-00775 YGR (KW)<br><br>STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF RELEASE |

## STIPULATION

The parties hereby stipulate that the conditions of release for defendant, Brittany Lebon, may be modified to allow Ms. Lebon to leave the district on Friday, January 25, 2013 and return on Sunday, January 27, 2013, at the direction of her pretrial services officer so that she can travel to Reno, Nevada to visit a good friend who is in the hospital. Ms. Lebon would provide her pretrial services officer with an itinerary prior to leaving on Friday. United States Pretrial Services Officer Timothy Elder is aware of the proposed modification and has no objection. All other conditions of release shall remain the same.

//

*U.S. v. Brittany Lebon*, CR 12-00775YGR (KW)
Order RE: Modify Terms of Release

Date:   1/23/13              _____/s/_____
                             JOYCE LEAVITT
                             Assistant Federal Public Defender


Date:   1/23/13              _____/s/_____
                             KEVIN LIN
                             Special Assistant United States Attorney


I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.


<u>ORDER</u>

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant, Brittany, may be modified to allow Ms. Lebon to leave the district on Friday, January 25, 2013 and return on Sunday, January 27, 2013, at the direction of her pretrial services officer so that she can travel to Reno, Nevada to visit a good friend who is in the hospital.   All other conditions of release shall remain the same.

IT IS SO ORDERED.


Date: January  24 , 2013                    _____
                                            KANDIS WESTMORE
                                            United States Magistrate Judge

*U.S. v. Brittany Lebon*, CR 12-00775YGR (KW)
Order RE: Modify Terms of Release