MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TAMARA WEBER (ILBN 6270925)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> BRITTANY LEBON, ) <br> ) <br>     Defendant. ) <br>_____) | No. CR 12-00775 YGR <br><br> STIPULATION AND ORDER EXCLUDING TIME FROM MAY 30, 2013 TO AUGUST 22, 2013 |

    The above-captioned matter having been set for a change of plea hearing for August 22, 2013 before U.S. District Judge Yvonne Gonzalez Rogers, and the proposed plea agreement submitted for consideration to Judge Gonzalez Rogers on May 30, 2013, the parties request that this Court exclude time under the Speedy Trial Act between May 30, 2013 and August 22, 2013. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and (h)(7)(B)(iv).

    Such continuance is required to afford time for consideration by the Court of the proposed plea agreement to be entered into by the defendant and the government. In

1  addition, defense counsel requires additional time to review and conduct necessary
2  investigation for mitigating evidence. The parties agree that the delay is not attributable
3  to lack of diligent preparation on the part of the attorney for the government or defense
4  counsel. As such, the parties respectfully request that the time between May 30, 2013 and
5  August 22, 2013 be excluded under 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

7  DATED: May 31, 2013            Respectfully submitted,

9                                 MELINDA HAAG
                                   United States Attorney

11         /s/
           TAMARA WEBER
           Special Assistant United States Attorney

13         /s/
           ELLEN LEONIDA
           Attorney for Brittany Lebon

16                                 **ORDER**

17         Based on the reasons provided in the stipulation of the parties above, the Court
18  hereby FINDS that for time necessary for consideration by the Court of the proposed plea
19  agreement, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and
20  (h)(7)(B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on
21  these findings, IT IS HEREBY ORDERED THAT time is excluded until August 22,
22  2013.

24  **IT IS SO ORDERED.**
25  DATED: May 31, 2013
                                   YVONNE GONZALEZ ROGERS
26                                 United States District Judge