1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   BRITTANY LEBON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00775 YGR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| BRITTANY LEBON, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Brittany Lebon may be modified to allow her to travel to Las Vegas, Nevada, between February 20, 2014 and February 24, 2014, with her daughter, Andreyah, who is competing in a national cheerleading competition there. Ms. Lebon and her daughter will be staying at the Orleans Hotel, where the competition is being held. Pretrial Services Officer Tim Elder is aware of the proposed modification and has no objection.

All other conditions of release shall remain the same.

DATED: December 6, 2013                           /s/
                                        ELLEN V. LEONIDA
                                        Assistant Federal Public Defender


DATED: December 6, 2013                           /s/
                                        THOMAS E. STEVENS
                                        Assistant United States Attorney

CR 12-00775 YGR
Stip. & Prop. Order Mod. Pretrial Conditions          1

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Brittany Lebon may be modified to allow her to travel to Las Vegas, Nevada, between February 20, 2014 and February 24, 2014. All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 12/5/13

_____
KANDIS WESTMORE
United States Magistrate Judge